# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | |
|---|---|
| **ALONZO AUSTIN,** : | |
| : | |
| **Petitioner,** : | |
| : | |
| v. : | **Civil Action No.** |
| : | **7:95-CR-32 (HL)** |
| **UNITED STATES OF AMERICA.** : | |

## ORDER

The Recommendation of the United States Magistrate Judge (Doc. 320) filed August 23, 2005, has been throughly read and considered and is, hereby, approved, adopted, and made the order of the Court.

**SO ORDERED**, this the 22nd day of December, 2005.

/s/ Hugh Lawson
**HUGH LAWSON, Judge**

scs